UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROBERT J. NOBLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00262-JRS-MJD |
| INDIANA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE**.

Date: 12/6/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

ROBERT J. NOBLE
159915
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only